```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
       9th Floor Federal Building
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
 6     Telephone:  (415) 436-7000
       Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer,**<br><br>    Petitioners,<br><br>v.<br><br>**REGINAL T. HOM,**<br><br>    Respondent. | NO. C-08-01906-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division