JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax:       (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and** <br> **NELIA BERMUDEZ, Revenue Officer,** <br><br>      **Petitioners,** <br><br>      **v.** <br><br> **REGINAL T. HOM,** <br><br>      **Respondent.** <br> _____ | ) <br> )    **NO. C-08-01906-MHP** <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    <u>**CERTIFICATE OF SERVICE**</u> <br> ) <br> ) <br> ) |

     I, <u>**KATHY P. TAT**</u> declare:

     That I am a citizen of the United States of America and employed in San Francisco

County, California; that my business address is Office of United States Attorney, 450 Golden

Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

years, and am not a party to the above-entitled action.

     I am employed by the United States Attorney for the Northern District of California and

discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

of the following:

**CLERK'S NOTICE**
**(Scheduling Case Management Conference in Reassigned Case) - Filed April 16, 2008**

1  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed

2  envelope, and served as follows:

3  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

4  the designated area for outgoing U.S. mail in accordance with this office's practice.

5  _____  **PERSONAL SERVICE (BY MESSENGER)**

6  _____  **FACSIMILE (FAX)** No.: _____

7  to the parties addressed as follows:

8  **REGINAL T. HOM**
   **2185 Arroyo Ct., Apt. 2**
9  **Pleasanton, CA 94588-8139**

10      I declare under penalty of perjury under the laws of the United States that the foregoing is

11 true and correct.

12      Executed on **April 29, 2008** at San Francisco, California.

13

14

15                                   /s/ Kathy Tat
   _____  **KATHY P. TAT**
16                           **Legal Assistant**

17

18

19

20

21

22

23

24

25

26

27

28