1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone:  (415) 436-7000
     Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA and        )
   | NELIA BERMUDEZ, Revenue Officer,    )  NO. C-08-01906-JCS
13 |                                     )
   |              Petitioners,           )  DECLARATION OF
14 |                                     )  VIRGILIO SANTOS
   |       v.                            )  RE PROOF OF SERVICE
15 |                                     )
   | REGINAL T. HOM,                     )
16 |                                     )
   |              Respondent.            )
17 |_____)

18       I, Virgilio Santos, pursuant to 28 U.S.C. § 1746, declare and state as follows:

19       1.   I am a Revenue Officer for the Internal Revenue Service of the United States
20 Department of Treasury.

21       2.   On May 6, 2008, at approximately 11:25 a.m., I personally served a copy of the
22 Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show
23 Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management
24 Conference Order, together with other documents from the Court, on Dr. Hom, at his office 3015
25 Hopyard Road, Pleasanton, CA 94588.

26       I declare under penalty of perjury that the foregoing is true and correct.

27       Executed on __6th__ day of __May__, 2008, at __Oakland__, California.

28
                                    _____/s/ VS/_____
                                         VIRGILIO SANTOS