**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   C 08-1906  MHP                         Judge: MARILYN H. PATEL

Title: USA et al -v- REGINAL T. HOM

Attorneys:  Plf: Cynthia Steirs
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

No appearance by defense counsel; Court to issue Order enforcing judgment;