```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
       9th Floor Federal Building
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6  Telephone:  (415) 436-7000
    Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>REGINAL T. HOM,<br><br>Respondent. | NO. C-08-01906-MHP<br><br>DECLARATION OF VIRGILIO SANTOS RE PROOF OF SERVICE |

I, Virgilio Santos, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

2. On June 19, 2008, at approximately 9:10 a.m., I personally served a copy of the Order Enforcing Summonses on Dr. Hom, at his office 3015 Hopyard Road, Pleasanton, CA 94588.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 20th day of June, 2008, at Oakland, California.

_____
VIRGILIO SANTOS