```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
       9th Floor Federal Building
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
 6     Telephone: (415) 436-7000
    Attorneys for United States of America
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT FOR THE
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
```

| UNITED STATES OF AMERICA and<br>NELIA BERMUDEZ, Revenue Officer | ) |
|---|---|
| Petitioners, | ) No. C-08-01906-MHP |
| v. | ) **REQUEST FOR DISMISSAL**<br>) **AND ORDER THEREON** |
| REGINAL T. HOM | ) |
| Respondent. | ) |

On June 16, 2008, the Court entered its Order Enforcing Summonses in this matter. Pursuant to the Order Enforcing Summons respondent has now complied with the Court's order.

Because Respondent has complied with summons and order, Petitioners, United States of America and Nelia Bermudez, request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 24, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

## ORDER

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

matter be dismissed with prejudice.

**IT IS SO ORDERED.**

**ORDERED** this _____ day of July, 2008 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE