1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000
   Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer | ) ) ) ) ) ) ) ) ) ) ) | No. C-08-01906-MHP<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |
|---|---|---|
| Petitioners, | | |
| v. | | |
| REGINAL T. HOM | | |
| Respondent. | | |

On June 16, 2008, the Court entered its Order Enforcing Summonses in this matter. Pursuant to the Order Enforcing Summons respondent has now complied with the Court's order.

Because Respondent has complied with summons and order, Petitioners, United States of America and Nelia Bermudez, request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 24, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

# ORDER

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

matter be dismissed with prejudice.

**IT IS SO ORDERED.**

**ORDERED** this 24th day of July, 2008 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

US v. Hom,
US Request for Dismissal and Order
Thereoon, Case No. 08-01906-MPH        2